# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2023

Lyle W. Cayce
Clerk

No. 22-30281

Venture Global Gator Express, L.L.C.,

*Plaintiff—Appellee*,

*versus*

ESP Louisiana Opportunities, L.L.C.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2802

Before Richman, *Chief Judge*, and King and Higginson, *Circuit Judges*.

Per Curiam:*

AFFIRMED. The evidence in support of the jury verdict is not insufficient and no reversible error of law appears. *See* 5th Cir. R. 47.6.

---

* This opinion is not designated for publication. See 5th Cir. R. 47.5.